ELECTRONICALLY FILED
Cleveland County Circuit Court
Brandy Herring, Circuit Clerk
2023-Apr-25 15:59:11
13CV-23-24
C13D06 : 3 Pages

IN THE CIRCUIT COURT OF CLEVELAND COUNTY, ARKANSAS
CIVIL DIVISION

RICHARD TANNER; MOLLIE TANNER; and                                  PLAINTIFFS
Richard Tanner as parent and next friend of
REAGAN TANNER and JULIA TANNER

v.                                            CASE NO. 13CV-23-24-6

USAA CASUALTY INSURANCE COMPANY                                     DEFENDANT

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE OF BOYD L. EARL

Before the Court is the *Sworn Motion for Admission Pro Hac Vice of Boyd L. Earl*, pursuant to Rule XIV of the Rules Governing Admission to the Arkansas Bar. Upon consideration of the motion, the Court finds that it should be and hereby is granted.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
CIRCUIT JUDGE

PREPARED BY:

_____
Thomas G. Buchanan (AR 2003037)
**LAW OFFICE OF THOMAS G. BUCHANAN**
217 West Second Street, Suite 115
Little Rock, AR 72201
Telephone:   (501) 296-982
Facsimile:   (501) 296-9823
tom@thomasbuchananlaw.com

1

and

Boyd L. Earl   (NY 2305654)
             (NM 152168)
**LOTEMPIO P.C. LAW GROUP**
115 LaPosta Rd, Suite 3
Taos, NM 87571
Telephone:   (575) 221-9999
Facsimile:   (716) 855-3437
boydearl@gmail.com

*Attorneys for Plaintiffs*



**Case Title:**     TANNER'S V USAA CASUALTY INSURANCE

**Case Number:**    13CV-23-24

**Type:**           ORDER OTHER

So Ordered

_____
Spencer G. Singleton, 13th Circuit Division 6
Judge

Electronically signed by SGSINGLETON on 2023-04-25 15:59:10    page 3 of 3